UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

THOMAS G. WAMSLEY,

       Plaintiff,

v.                                                   Civil Action No. 2:10-CV-990

LIFENET TRANSPLANT SERVICES, INC.,
a foreign non-profit corporation licensed to do
business in the State of West Virginia, and
LIFENET HEALTH, a foreign non-profit
Virginia corporation,

       Defendants.

## PLAINTIFF'S MOTION TO STAY

Comes now the Plaintiff, by and through his counsel, Anthony J. Majestro, and hereby moves this Court to enter an order staying all deadlines in this action until such time as the Court rules on Defendant's Motion to Dismiss Amended Complaint (Doc 20) as filed on April 28, 2011.

The Plaintiff believes that the resources of the parties, their counsel, and this Court would be best served by staying all other activity until the Court's ruling.

Should the Court deny Defendant's Motion to Dismiss Amended Complaint, the Plaintiff requests the entry of a new Scheduling Order.

WHEREFORE, the Plaintiff respectfully requests that the Court stay this action.

                                                                          **THOMAS WAMSLEY**
                                                                          **By Counsel**

/s/ Anthony J. Majestro_____
Anthony J. Majestro (WVSB 5165)
POWELL & MAJESTRO, PLLC
405 Capitol Street, Suite P1200
Charleston, WV  25301
Phone:  304-346-2889
Fax:       304-346-2895

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

THOMAS G. WAMSLEY,

    Plaintiff,

v.                                              Civil Action No. 2:10-CV-990

LIFENET TRANSPLANT SERVICES, INC.,
a foreign non-profit corporation licensed to do
business in the State of West Virginia, and
LIFENET HEALTH, a foreign non-profit
Virginia corporation,

    Defendants.

### CERTIFICATE OF SERVICE

    I, Anthony J. Majestro, hereby certify that on October 6, 2011, I electronically filed Plaintiff's Motion to Stay with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to the following:

    James A. Varner, Sr., Esq.
    Debra Tedeschi Herron, Esq.
    McNeer Highaldn McMunn & Varner, L.C.
    Empire Building – 400 West Main Street
    PO Drawer 2040
    Clarksburg, WV  26302-2040
    Phone:  304-626-1100
    Fax:     304-623-3035
    *Counsel for Defendants*

And have this day served the following counsel via electronic mail:

    Kevin S. Kaufman (WVSB 1967)
    Kaufman & McPherson, PLLC
    PO Box 768
    Bridgeport, WV  26330
    Phone: 304-842-8021
    Fax:     304-842-8022
    *Counsel for Plaintiff*

                        /s/ Anthony J.   Majestro
                        **Anthony J. Majestro (WVSB 5165)**