UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

THOMAS G. WAMSLEY,

        Plaintiff,

v.                                                                             Civil Action No.  2:10-CV-990

LIFENET TRANSPLANT SERVICES, INC.,
a foreign non-profit corporation licensed to do
business in the State of West Virginia, and
LIFENET HEALTH, a foreign non-profit
Virginia corporation,

        Defendants.

### DEFENDANTS' MOTION JOINING IN PLAINTIFF'S MOTION FOR STAY

**COME NOW** the Defendants, LifeNet Transplant Services, Inc. and LifeNet Health, by and through the undersigned counsel, James A, Varner, Sr., Debra Tedeschi Varner and Richard W. Shryock, Jr. and the law firm of McNeer, Highland, McMunn and Varner, L.C. and hereby submit this motion joining in Plaintiff's motion for an order staying all deadlines in this action until such time as the Court rules on Defendants' Motion to Dismiss Amended Complaint.

The Defendant agrees with Plaintiff that the resources of the parties, their counsel, and this Court would be best served by staying all other activity until the Court rules on the pending Motion to Dismiss Amended Complaint.  The Defendants also join in Plaintiff's request that a new scheduling order be entered if the Court denies the Motion to Dismiss Amended Complaint.

WHEREFORE, the Defendants respectfully request that the Court stay this action.

**Defendants, LIFENET TRANSPLANT SERVICES, INC. and LIFENET HEALTH, By Counsel:**

*/s/ Richard W. Shryock, Jr.*

James A. Varner, Sr. (WV State Bar # 3853)
Debra Tedeschi Varner (WV State Bar #6501)
Richard W. Shryock, Jr. (WV State Bar #7507)
McNeer, Highland, McMunn and Varner, L.C.
Empire Building - 400 West Main Street
P. O. Drawer 2040
Clarksburg, WV  26302-2040
Telephone (304) 626-1100
Facsimile: (304) 623-3035

**CERTIFICATE OF SERVICE**

      I, Richard W. Shryock, Jr., counsel for Defendant, do hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Anthony J. Majestro
> Powell & Majestro, PLLC

Dated at Elkins, West Virginia, this the 13th day of October, 2011.

> */s/ Richard W. Shryock, Jr.*
> James A. Varner, Sr. (WV State Bar # 3853)
> Debra Tedeschi Varner (WV State Bar #6501)
> Richard W. Shryock, Jr. (WV State Bar #7507)
> McNeer, Highland, McMunn and Varner, L.C.
> Empire Building - 400 West Main Street
> P. O. Drawer 2040
> Clarksburg, WV  26302-2040
> Telephone (304) 626-1100
> Facsimile: (304) 623-3035